**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN MOORE,

    Petitioner,

v.

R. ROUNDS, Warden,

    Respondent.

No. C 10-05626 SBA (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED:  2/28/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Moore5626.Jud-Cooke.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALVIN MOORE,

        Plaintiff,

  v.

R ROUNDS et al,

        Defendant.

Case Number: CV10-05626 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alvin Moore C-29885
Correctional Training Facility - Central
P.O. Box 689
Soledad, CA 93960

Dated: February 28, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk